

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00019-CV

## IN RE U-HAUL CO. OF TEXAS

_____

## Original Proceeding

_____

# ORDER

_____

Real Party in Interest's unopposed motion for extension of time to file a response to the petition for writ of mandamus is granted. Real Party in Interest's response is due February 5, 2018.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed January 24, 2018

